UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL D. HARRIS,

        Petitioner,

                                                                  Case No. 95-CV-75552

vs.                                                      HON. GEORGE CARAM STEEH

DENNIS STRAUB,

        Respondent.

_____/

ORDER DENYING CERTIFICATE OF APPEALABILITY
AND APPOINTMENT OF COUNSEL [DOC. 67]

      Petitioner Michael Harris filed a notice of appeal in the above-captioned case. This court may issue a certificate of appealability if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). This court finds that petitioner has not made a substantial showing of the denial of a federal right. Therefore, the Court hereby finds that a certificate of appealability is not warranted. In denying petitioner's motion for relief under Rule 60(b), the court also denied his request for appointment of counsel. The court finds that appointment of counsel for petitioner is likewise not warranted in petitioner's attempt at an appeal.

      SO ORDERED.

Dated: July 23, 2014

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 23, 2014, by electronic and/or ordinary mail and also on Michael Harris #172430, Muskegon Correctional Facility, 2400 S. Sheridan, Muskegon, MI 49442.

s/Barbara Radke
Deputy Clerk